JAMES HALES *et al.*, plaintiffs in error, *vs.* MARY WORTHY *et al.*, defendants in error.

Pending this cause, the parties agreed upon a compromise. To carry it out, it was necessary to have the cause remanded that an agreed verdict might be taken. By consent, this Court, without looking into the record, reversed the judgment below to carry out said compromise.

McCUTCHIN & SHUMATE, for plaintiffs in error.

D. A. WALKER; J. A. GLENN, for defendants.

J. M. B. CARLTON, plaintiff in error, *vs.* ANNIE E. CARLTON, defendant in error.

Alimony. Practice in Supreme Court. From Fulton county. October Term, 1870.

Mrs. Carlton sued her husband for divorce. *Pending the action*, an order for temporary alimony was passed in her behalf. Carlton exempted, and brought the case here. It was dismissed because it was prematurely here.

GARTRELL & STEPHENS; THRASHER & THRASHER, for plaintiff in error.

MYNATT & DELL, for defendant.